AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabb, Barbara B. | U.S. District Court, Western District of Wisconsin | 09/30/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

120 North Henry Street
Suite 540
Madison, WI 53703

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Facktor-Mervis charitable foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Wisconsin Department of Employee Trust Funds |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AQR Style Premia Alt. (QSPIX) | | None | | | Sold (part) | 01/12/18 | J | A | |
| 2. | | | | | Sold (part) | 01/12/18 | J | A | |
| 3. | | | | | Sold (part) | 01/12/18 | J | A | |
| 4. | | | | | Sold (part) | 01/12/18 | J | A | |
| 5. | | | | | Sold | 05/25/18 | J | A | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. AXA Variable Life Ins Annuity (formerly Equitable Life) comprising: | | | | | | | | | |
| 9. - EQ/Int'l Equity | | | K | T | | | | | |
| 10. - AXA Int'l Core Volatility | | | K | T | | | | | |
| 11. - EQ/Equity 500 Index | | | K | T | | | | | |
| 12. -EQ/Mid Cap Index | | | J | T | | | | | |
| 13. - EQ/Small Company | | | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. Diamond Hill Small Cap (DHSIX) | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 16. | | | | | Sold | 05/17/18 | J | A | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Ed Vest -529 College Savings Plan (Balanced Portfolio 3437-Med. Risk) | A | Dividend | L | T | | | | | |
| 20. | | | | | | | | | |
| 21. EV Income Fund of Boston (EIBIX) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. First TR High YL Lg/Sht ETF (HYLS) | C | Dividend | | | Sold (part) | 01/23/18 | L | A | |
| 25. | | | | | Sold (part) | 01/23/18 | L | A | |
| 26. | | | | | Sold | 12/17/18 | L | B | |
| 27. | | | | | | | | | |
| 28. First Trust North American (EMLP) | B | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 29. | | | | | Sold (part) | 01/12/18 | J | A | |
| 30. | | | | | Sold (part) | 01/12/18 | J | A | |
| 31. | | | | | Sold (part) | 01/12/18 | J | A | |
| 32. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 33. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 34. | | | | | Buy (add'l) | 08/13/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/09/18 | L | | |
| 36. | | | | | Sold (part) | 12/13/18 | J | A | |
| 37. | | | | | Sold (part) | 12/13/18 | J | A | |
| 38. | | | | | Sold (part) | 12/26/18 | K | B | |
| 39. | | | | | | | | | |
| 40. Harding Loevner Intl Eqty (HLMIX) | A | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 41. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 42. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 43. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 44. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 45. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 46. | | | | | Sold (part) | 08/13/18 | J | A | |
| 47. | | | | | Sold (part) | 12/13/18 | J | A | |
| 48. | | | | | | | | | |
| 49. Home Savings & Loan | A | Interest | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. Ishares Edge MSCI Min Vol (EFAV) | C | Dividend | J | T | Sold (part) | 01/25/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 53. | | | | | | | | | |
| 54. ishares Edge MSCI Emerg Mkt Min.Vol (EEMV) | B | Dividend | J | T | Buy (add'l) | 01/25/18 | J | | |
| 55. | | | | | Sold (part) | 01/25/18 | J | B | |
| 56. | | | | | Sold (part) | 01/25/18 | J | B | |
| 57. | | | | | | | | | |
| 58. Ishares Russell Midcap ETF (IWP) (G) | A | Dividend | J | T | | | | | |
| 59. | | | | | Sold (part) | 01/12/18 | J | A | |
| 60. | | | | | Sold (part) | 01/12/18 | J | A | |
| 61. | | | | | Sold (part) | 01/12/18 | J | A | |
| 62. | | | | | Sold (part) | 01/12/18 | J | A | |
| 63. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 64. | | | | | Sold (part) | 01/25/18 | J | A | |
| 65. | | | | | Sold (part) | 01/25/18 | J | A | |
| 66. | | | | | Sold (part) | 08/13/18 | J | A | |
| 67. | | | | | Sold (part) | 12/13/18 | J | A | |
| 68. | | | | | Sold (part) | 12/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Ishares Russell Midcap (IWS) (V) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 71. | | | | | Sold (part) | 01/12/18 | J | A | |
| 72. | | | | | Sold (part) | 01/12/18 | J | A | |
| 73. | | | | | Sold (part) | 01/12/18 | J | A | |
| 74. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 75. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 76. | | | | | Sold (part) | 12/13/18 | J | A | |
| 77. | | | | | Sold (part) | 12/13/18 | J | A | |
| 78. | | | | | | | | | |
| 79. Ishares Russell 1000 Growth Index (IWF) | C | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 80. | | | | | Sold (part) | 01/12/18 | J | A | |
| 81. | | | | | Sold (part) | 01/12/18 | J | A | |
| 82. | | | | | Sold (part) | 01/12/18 | J | A | |
| 83. | | | | | Sold (part) | 01/12/18 | J | A | |
| 84. | | | | | Sold (part) | 01/25/18 | K | D | |
| 85. | | | | | Sold (part) | 08/13/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/13/18 | J | B | |
| 87. | | | | | Sold (part) | 12/13/18 | J | A | |
| 88. | | | | | Sold (part) | 12/13/18 | J | A | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. Ishares Russell 1000 Value (IWD) | D | Dividend | L | T | Sold (part) | 01/25/18 | K | C | |
| 92. | | | | | Sold (part) | 01/25/18 | K | C | |
| 93. | | | | | | | | | |
| 94. Ishares Russell 2000 Growth Fund (IWO) | A | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 95. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 96. | | | | | Sold (part) | 01/25/18 | J | A | |
| 97. | | | | | Sold (part) | 01/25/18 | J | A | |
| 98. | | | | | Sold (part) | 12/13/18 | J | A | |
| 99. | | | | | Sold (part) | 12/13/18 | J | A | |
| 100. | | | | | | | | | |
| 101. Ishares Russell 2000 Value (IWN) | A | Dividend | J | T | Buy (add'l) | 01/25/18 | J | | |
| 102. | | | | | Buy (add'l) | 01/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  Lazard Emerg Mkts Core EQ (EMBIX) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 105. | | | | | Sold (part) | 01/12/18 | J | A | |
| 106. | | | | | Sold (part) | 01/12/18 | J | A | |
| 107. | | | | | Sold (part) | 01/12/18 | J | A | |
| 108. | | | | | Sold (part) | 08/13/18 | J | A | |
| 109. | | | | | Sold (part) | 08/13/18 | J | A | |
| 110. | | | | | Sold (part) | 12/13/18 | J | A | |
| 111. | | | | | Sold (part) | 12/13/18 | J | A | |
| 112. | | | | | | | | | |
| 113.  Lazard Int'l Strat EQ (LISIX) | B | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 114. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 115. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 116. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 117. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 118. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 119. | | | | | Sold (part) | 12/13/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/13/18 | J | A | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. Metropolitan West TOT RET BD (MWTIX) | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 124. | | | | | | | | | |
| 125. Met Life | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. Morgan Stanley Private Bank NA (MSPBNA) | A | Interest | K | T | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. Nuveen Int Dur Muni Bond (NUVBX) | D | Dividend | J | T | Buy (add'l) | 01/23/18 | K | | |
| 131. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 132. | | | | | Sold (part) | 01/25/18 | K | A | |
| 133. | | | | | Sold (part) | 01/25/18 | K | A | |
| 134. | | | | | Sold (part) | 08/28/18 | N | A | |
| 135. | | | | | Buy (add'l) | 10/22/18 | M | | |
| 136. | | | | | Buy (add'l) | 12/17/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Nuveen Ltd Term Muni Bd (FLTRX) | C | Dividend | J | T | Buy | 01/25/18 | J | | |
| 139. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 140. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 141. | | | | | Sold | 08/28/18 | M | A | |
| 142. | | | | | Buy (add'l) | 10/09/18 | L | | |
| 143. | | | | | Buy (add'l) | 10/22/18 | M | | |
| 144. | | | | | Buy (add'l) | 12/17/18 | L | | |
| 145. | | | | | | | | | |
| 146. Oakmark (OAYMX/OAKMX) f/n/a Oakmak Fund Advisor | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 147. | | | | | Sold (part) | 01/12/18 | J | A | |
| 148. | | | | | Sold (part) | 01/12/18 | J | A | |
| 149. | | | | | Sold (part) | 01/12/18 | J | A | |
| 150. | | | | | Sold (part) | 08/13/18 | J | B | |
| 151. | | | | | Sold (part) | 08/13/18 | J | A | |
| 152. | | | | | Sold (part) | 12/13/18 | J | A | |
| 153. | | | | | Sold (part) | 12/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. SPDR Doubleline Tr Tact ETF (TOTL) | C | Dividend | J | T | Buy (add'l) | 01/23/18 | K | | |
| 158. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 159. | | | | | Sold (part) | 01/25/18 | J | A | |
| 160. | | | | | Sold (part) | 01/25/18 | J | A | |
| 161. | | | | | Sold (part) | 08/28/18 | M | A | |
| 162. | | | | | Buy (add'l) | 10/22/18 | L | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. Synchrony Bank Acct | B | Interest | M | T | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. UW Credit Union | A | Interest | K | T | | | | | |
| 169. | | | | | | | | | |
| 170. Vanguard Municipal Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. Vanguard Short Term Bnd (BSV) | A | Dividend | | | Buy | 01/12/18 | J | | |
| 174. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 175. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 176. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 177. | | | | | Sold | 08/13/18 | J | A | |
| 178. | | | | | Sold | 08/13/18 | J | A | |
| 179. | | | | | | | | | |
| 180. Vanguard Short Term Corporate (VCSH) | | None | | | Sold | 01/12/18 | J | A | |
| 181. | | | | | Sold | 01/12/18 | J | A | |
| 182. | | | | | Sold | 01/12/18 | J | A | |
| 183. | | | | | Sold | 01/12/18 | J | A | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. Vanguard European MSCI ETF (VGK) | C | Dividend | J | T | Sold (part) | 01/25/18 | J | B | |
| 187. | | | | | Sold (part) | 01/25/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. WisdomTree Trust Japan Hedge EQ (DXJ) | B | Dividend | J | T | Sold (part) | 01/25/18 | J | C | |
| 190. | | | | | Sold (part) | 01/25/18 | J | C | |
| 191. | | | | | | | | | |
| 192. Angel Oak Multi Strat Inc (ANGIX) | A | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 193. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 194. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 195. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 196. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 197. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 198. | | | | | Sold (part) | 12/13/18 | J | A | |
| 199. | | | | | Sold (part) | 12/13/18 | J | A | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. Blackrock Strategic Inc. (BSIIX) | A | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 203. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 204. | | | | | Buy (add'l) | 01/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 206. | | | | | Sold (part) | 08/13/18 | J | A | |
| 207. | | | | | Sold | 08/13/18 | J | A | |
| 208. | | | | | | | | | |
| 209. PIMCO Enhanced Short Term Market | A | Dividend | N | T | Buy (add'l) | 05/09/18 | J | | |
| 210. | | | | | Buy (add'l) | 10/09/18 | K | | |
| 211. | | | | | Buy (add'l) | 10/22/18 | M | | |
| 212. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. Fuller and Thaler Behavioral Small Cap Equity (FTHSX) | A | Dividend | J | T | Buy | 05/17/18 | J | | |
| 217. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 218. | | | | | Sold (part) | 08/13/18 | J | A | |
| 219. | | | | | Sold (part) | 08/13/18 | J | A | |
| 220. | | | | | | | | | |
| 221. Blackstone Alt Mult Strat Inst. (BXMIX) | A | Dividend | J | T | Buy | 05/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 223. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 224. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 225. | | | | | Sold (part) | 12/13/18 | J | A | |
| 226. | | | | | Sold (part) | 12/13/18 | J | A | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. Pioneer Mult Asset Ultrashort Income (MYFRX) | B | Dividend | J | T | Buy | 08/13/18 | J | | |
| 230. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 231. | | | | | Buy (add'l) | 08/28/18 | O | | |
| 232. | | | | | Sold (part) | 10/09/18 | M | A | |
| 233. | | | | | Sold (part) | 10/22/18 | O | A | |
| 234. | | | | | Sold (part) | 12/13/18 | J | A | |
| 235. | | | | | Sold (part) | 12/13/18 | J | A | |
| 236. | | | | | | | | | |
| 237. Western Asset Core (WACPX) | A | Dividend | J | T | Buy | 01/12/18 | K | | |
| 238. | | | | | Buy (add'l) | 01/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 01/12/18 | K | | |
| 240. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 241. | | | | | Sold (part) | 08/13/18 | J | A | |
| 242. | | | | | Sold (part) | 08/13/18 | J | A | |
| 243. | | | | | Sold (part) | 12/13/18 | J | A | |
| 244. | | | | | Sold (part) | 12/13/18 | J | A | |
| 245. | | | | | | | | | |
| 246. Invesco Premier (IPPXX) | | None | | | Buy | 01/09/18 | J | | |
| 247. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 248. | | | | | Sold | 01/12/18 | J | A | |
| 249. | | | | | Sold | 01/12/18 | J | A | |
| 250. | | | | | | | | | |
| 251. Ishares National Muni Bond (MUB) | A | Dividend | J | T | Buy | 01/25/18 | K | | |
| 252. | | | | | Buy (add'l) | 01/25/18 | K | | |
| 253. | | | | | Buy (add'l) | 10/22/18 | K | | |
| 254. | | | | | Buy (add'l) | 12/17/18 | L | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. First Trust Preferred Securities (FPE) | B | Dividend | J | T | Buy | 01/25/18 | K | | |
| 257. | | | | | Buy (add'l) | 01/25/18 | K | | |
| 258. | | | | | Buy (add'l) | 10/22/18 | L | | |
| 259. | | | | | Sold (part) | 12/17/18 | L | A | |
| 260. | | | | | Sold (part) | 12/26/18 | J | A | |
| 261. | | | | | | | | | |
| 262. Ishares MSCI Japan (EWJ) | A | Dividend | J | T | Buy | 01/25/18 | K | | |
| 263. | | | | | Buy (add'l) | 01/25/18 | K | | |
| 264. | | | | | | | | | |
| 265. Pimco Enhanced Short Maturity (MINT) | B | Dividend | J | T | | | | | |
| 266. | | | | | | | | | |
| 267. Wisdom Tree Emerging Markets (XSOE) | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 268. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 269. | | | | | Sold (part) | 12/13/18 | J | A | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Vanguard Dividend Appreciation (VIG) | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 274. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 275. | | | | | Sold (part) | 12/13/18 | J | A | |
| 276. | | | | | Sold (part) | 12/13/18 | J | A | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. SPDR Blackstone/GSO Senior Loan (SRLN) | A | Dividend | | | Buy | 10/22/18 | L | | |
| 280. | | | | | Sold | 12/17/18 | L | A | |
| 281. | | | | | | | | | |
| 282. Alerian MLP (AMLP) | | None | K | T | Buy | 12/26/18 | K | | |
| 283. | | | | | | | | | |
| 284. Ishares S&P US Preferred Stock Index Fund (PFF) | | None | J | T | Buy | 12/26/18 | J | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 09/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In reviewing the report, you will notice that in some places, I have reported more than one divided or more than one sale or purchase on the same date. This may look like an unintended duplication, but it is actually a consequence of having four separate funds, each with a separate purpose. One of the consequences of this arrangement is that the sales, purchases and dividend payments for each fund do not necessarily occur on the same dates. I considered lumping them together, regardless of the date paid, but decided that this created more complexity than clarity.

2. Also, I failed to report in the 2017 report that Vanguard MSCI ETF (VGK) was sold in full on January 18, 2017.

3. MS Liquid Fund shown on 2017 report was liquidated in that year.

Amended Report Comments: Lines 8-13: In reporting on the AXA life insurance annuity, I have set out the value of each annuity as of the end of 2018. I have not included the amount of earned income or the type because I do not have access to that information. The company does not break out that information for annuitants. However, I do know that the value of each of the funds at the end of 2018 was less than their value at the beginning of 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Barbara B. Crabb

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544